UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO JIMENEZ AYALA,<br><br>Plaintiff,<br><br>v.<br><br>J. SALAZAR, et al.,<br><br>Defendants. | No. 2:17-cv-1150 DB P<br><br><br><br>ORDER |

Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action pursuant to 28 U.S.C. § 1331 together with a request for leave to proceed in forma pauperis. Plaintiff has not submitted his in forma pauperis request on a proper form.

Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 1, 2017, request for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff

////

1

is cautioned that failure to comply with this order or seek an extension of time to do so may result in dismissal of this action without prejudice.

DATED: October 26, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/ayal1150.3d.db