UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO JIMENEZ-AYALA,<br><br>Plaintiff,<br><br>v.<br><br>J. SALAZAR, et al.,<br><br>Defendants. | No. 2:17-cv-1150 DB P<br><br><br><br>ORDER |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). Plaintiff alleges defendants failed to provide him with adequate medical treatment in violation of the Eighth Amendment.

By order dated November 26, 2018, plaintiff's first amended complaint was screened and dismissed for failure to state a claim. (ECF No. 11.) Plaintiff was directed to file an amended complaint within thirty days and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Those thirty days have passed and plaintiff has not filed an amended complaint, requested additional time to file an amended complaint, updated his address, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so the court

////

1

will recommend that this action be dismissed for plaintiff's failure to comply with court orders and failure to prosecute.  See E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

Dated:  January 18, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/jimi1150.osc